IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED ABD AL AL QADIR )<br>)<br>Petitioner, )<br>)<br>v. )<br>) <br>GEORGE W. BUSH, et al., )<br>Respondents. )<br>_____) | Civil Action No. 08-CV-1185 (HHK) |
| ABD AL-RAHIM HUSSAIN )<br>MOHAMMED AL NASHIRI )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>Respondents. )<br>_____) | Civil Action No. 08-CV-1207 (RWR) |
| SHAKHRUKH HAMIDUVA )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>Respondents. )<br>_____) | Civil Action No. 08-CV-1221 (CKK) |
| MAHBUB RAHMAN )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, et al., )<br>Respondents. )<br>_____) | Civil Action No. 08-CV-1223 (JR) |

| | |
|---|---|
| AWAL GUL                        )<br>                                 )<br>        Petitioner,              )<br>                                 )<br>   v.                            )<br>                                 )    Civil Action No. 08-CV-1224 (RMC)<br>GEORGE W. BUSH, et al.,          )<br>        Respondents.             )<br>_____  )<br>FNU HAFIZULLAH                   )<br>                                 )<br>        Petitioner,              )<br>                                 )<br>   v.                            )<br>                                 )    Civil Action No. 08-CV-1227 (ESH)<br>GEORGE W. BUSH, et al.,          )<br>        Respondents.             )<br>_____  )<br>SALEM AHMED HADI                 )<br>                                 )<br>        Petitioner,              )<br>                                 )<br>   v.                            )<br>                                 )    Civil Action No. 08-CV-1228 (RMC)<br>GEORGE W. BUSH, et al.,          )<br>        Respondents.             )<br>_____  )<br>YAKUBI                           )<br>                                 )<br>        Petitioner,              )<br>                                 )<br>   v.                            )<br>                                 )    Civil Action No. 08-CV-1229 (JDB)<br>GEORGE W. BUSH, et al.,          )<br>        Respondents.             )<br>_____  )| |

| | |
|---|---|
| KAHLID SAAD MOHAMMED         )<br>                              )<br>        Petitioner,            )<br>                              )<br>    v.                        )<br>                              )   Civil Action No. 08-CV-1230 (RMC)<br>GEORGE W. BUSH, et al.,       )<br>        Respondents.          )<br>_____)<br>ABDULAH ALHAMIRI              )<br>                              )<br>        Petitioner,            )<br>                              )<br>    v.                        )<br>                              )   Civil Action No. 08-CV-1231 (CKK)<br>GEORGE W. BUSH, et al.,       )<br>        Respondents.          )<br>_____)<br>MAHMMOUD OMAR MOHAMMED        )<br>BIN ATEF                      )<br>                              )<br>        Petitioner,            )<br>                              )<br>    v.                        )<br>                              )   Civil Action No. 08-CV-1232 (JR)<br>GEORGE W. BUSH, et al.,       )<br>        Respondents.          )<br>_____)<br>MANSOOR MUHAMMED ALI QATTAA   )<br>                              )<br>        Petitioner,            )<br>                              )<br>    v.                        )<br>                              )   Civil Action No. 08-CV-1233 (ESH)<br>GEORGE W. BUSH, et al.,       )<br>        Respondents.          )<br>_____)| |

| | | |
|---|---|---|
| AHMED YASLAM SAID KUMAN | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1235 (JDB) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| | ) | |
| MUIEEN ADEEN JAMAL ADEEN ABD | ) | |
| AL FUSAL ABD AL SATTAR | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-CV-1236 (JDB) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| HAMOUD ABDULLAH HAMOUD | ) | |
| HASSAN AL WADY | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1237 (RMC) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| | ) | |
| SHAWKI AWAD BALZUHAIR | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1238 (RWR) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of respondents:

>SCOTT M. MARCONDA
>U.S. Department of Justice
>Civil Division
>Federal Programs Branch
>Room 5130
>20 Massachusetts Ave., N.W.
>Washington, D.C. 20530
>(202) 305-0169
>Email: scott.marconda@usdoj.gov

Dated: August 1, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

   /s/ *Scott M. Marconda*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar No. 347518)
TERRY M. HENRY
ANDREW I. WARDEN
SCOTT M. MARCONDA
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 305-0169
Fax: (202) 616-8470

Attorneys for Respondents