IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHAWKI AWAD BALZUHAIR )
)  Civil Action No. 08-CV-1238 (RWR)
      Petitioner, )
)
v. )
)
GEORGE W. BUSH, et al., )
)
      Respondents. )
)
)

## NOTICE OF APPEARANCE

Deputy Federal Public Defenders Craig Anthony Harbaugh and Carlton Gunn[1] hereby give notice of appearance on behalf of Petitioner, Shawki Awad Balzuhair, in the above-entitled case.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: August 12, 2008

By _____
CRAIG HARBAUGH, D.C. Bar #974117
Deputy Federal Public Defender
Attorney for Petitioner

---

[1] DFPD Gunn will separately file a notice of appearance once he obtains his Case Management - Electronic Case Filing login and password from the United States District Court, District of Columbia.