IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
SHAWKI AWAD BALZUHAIR            )
                                 )    Civil Action No. 08-CV-1238 (RWR)
         Petitioner,             )
                                 )
    v.                           )
                                 )
GEORGE W. BUSH, et al.,          )
                                 )
         Respondents.            )
                                 )
_____)

## AMENDED NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of petitioner:

> CRAIG HARBAUGH
> Deputy Federal Public Defender
> Office of the Federal Public Defender
> 321 East 2nd Street
> Los Angeles, CA  90012-4202
> (213) 894-7865; Facsimile: (213) 894-0081
> Email: Craig_Harbaugh@fd.org

                                Respectfully submitted,

                                SEAN K. KENNEDY
                                Federal Public Defender

DATED: August 12, 2008          By /s/ Craig Harbaugh
                                CRAIG HARBAUGH (D.C. Bar No. 974117)
                                CARLTON F. GUNN[1] (CA Bar No. 112344)
                                Deputy Federal Public Defenders
                                Office of the Federal Public Defender
                                321 East 2nd Street
                                Los Angeles, CA 90012
                                (213) 894-1700; Facsimile: (213) 894-0081
                                Attorneys for Petitioner

---

[1] DFPD Gunn will separately file a notice of appearance once he obtains his Case Management - Electronic Case Filing login and password.