IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWKI AWAD BALZUHAIR, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> GEORGE W. BUSH, et al., ) <br> ) <br> Respondents. ) <br> ) | Civil Action No. 08-CV-1238 (RWR) |

## STATUS REPORT

Pursuant to the Court's August 15, 2008 order, Petitioner Shawki Awad Balzuhair ("Petitioner"), by undersigned counsel, respectfully submits the following status report.

1.  Mr. Balzuhair is a foreign national[1] who is presently in the custody of Respondents at the United States Guantanamo Naval Base at Guantánamo Bay, Cuba.

2.  On July 17, 2008, Mr. Balzuhair's petition for writ of habeas corpus was authorized by Sami Al Hajj, who is acting as Petitioner's next friend. That petition is currently pending before the Court.

3.  The Office of the Federal Public Defender, Central District of California, was appointed to represent Mr. Balzuhair on August 8, 2008, by order of the Honorable Royce C. Lamberth, Chief Judge. Undersigned counsel entered notices of appearance on August 12, 2008 and August 15, 2008.

4.  Pursuant to the Court's July 29, 2008 order (Dkt #4), counsel are directed to file, no later than October 27, 2008, a signed authorization from Mr. Balzuhair to pursue the action

---

[1] Upon information and belief, Mr. Balzuhair is a Yemini national.

or a declaration by counsel that states that Mr. Balzuhair directly authorized counsel to pursue the action and explains why counsel was unable to secure a signed authorization.

    5.    In order to comply with the Court's July 29, 2008 order, counsel will need to travel to the United States Naval Base at Guantánamo Bay, Cuba and meet with Mr. Balzuhair. Respondents will permit such travel only after counsel have been granted the requisite security clearances. Shortly after appointment, the Federal Public Defender for the District of Columbia provided counsels' names to Respondent's representatives to initiate the process. As of August 22, 2008, counsel have still not received the appropriate forms. Upon receiving such clearances, counsel will arrange travel to meet with Petitioner. Due to the expected delay in obtaining security clearances as well as the lead time necessary to coordinate travel to the Guantanamo Detention Facility, Petitioner's counsel anticipate being unable to comply with the 90-day deadline set by the Court's July 29, 2008 order. Within 30 days, Petitioner's counsel intend to file a supplemental status report updating the Court on the progress of the security clearance process.

    6.    In their status report (Dkt #7), Respondents assert the following:

    a. Mr. Balzuhair has been deemed to be an enemy combatant by a Combatant Status Review Tribunal ("CSRT").

    b. Mr. Balzuhair has not been approved for release or transfer from Guantánamo Bay by the Department of Defense.

    c. Mr. Balzuhair has not been charged with any crimes triable by a military commission under the Military Commissions Act of 2006.

Without access to Mr. Balzuhair, Petitioner's counsel is unable to either affirm or deny these representations made by Respondent's counsel.

7.     On August 18, 2008, Counsel for Respondents agreed to send Mr. Balzuhair's counsel the unclassified portion of the CSRT material. As of August 22, 2008, Respondents has yet to produce Petitioner's CSRT record or a factual return in this case. Once the unclassified material is provided, Petitioner's counsel will undoubtedly require additional discovery, including the classified CSRT material, to fully litigate these habeas proceedings.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: August 22, 2008     By  /s/ Craig Harbaugh
CRAIG A. HARBAUGH (D.C. Bar No. 974117)
CARLTON F. GUNN (CA Bar No. 112344)
Deputy Federal Public Defenders
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012
(213) 894-1700; Facsimile: (213) 894-0081
Attorneys for Petitioner